**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

PAULA G. MESSIER,

    Plaintiff,

vs.                                              CASE NO. 1:09CV92-MP/AK

MICHAEL J. ASTRUE,

    Defendants.

                                      /

## O R D E R

Presently before the Court is Plaintiff's Motion for Leave to Proceed without prepayment of Court costs including a request that the United States Marshals Service serve her complaint. (Doc. 3). The attached financial affidavit shows no income by either Plaintiff or her spouse and no monthly expenses. It also shows $14,000.00 or $19,0000 (the number is unclear) in the bank, three vehicles which are paid for, and refers to investment income which is unspecified. This affidavit is either incomplete or Plaintiff has sufficient income to pay the $350.00 filing fee. Accordingly, it is

**ORDERED:**

Plaintiff's Motion for IFP (doc. 3) is **DENIED**, but without prejudice to again so move with a completed affidavit.

**DONE AND ORDERED** this  7th  day of April, 2009.

                                      *s/ A. KORNBLUM*
                                      **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**