IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAULA G. MESSIER,

    Plaintiff,

vs.                               CASE NO. 1:09CV92-MMP/AK

MICHAEL J. ASTRUE,
**Commissioner of Social Security,**

    Defendant.

_____/

# O R D E R

Plaintiff has filed a second motion to extend the time to file a responsive memorandum. (Doc. 19). Having considered said motion, the Court is of the opinion that it should be **GRANTED,** and the responsive memorandum shall be filed on or before **December 11, 2009**.

**DONE AND ORDERED** this _**10th**_ day of December, 2009.


                                          s/ A. KORNBLUM
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**