IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAULA MESSIER,

    Plaintiff,

vs.                                                   CASE NO. 1:09CV92-MP/AK

MICHAEL J. ASTRUE,

    Defendant.

_____/

## O R D E R

Defendant moves for additional time to respond to Plaintiff's memorandum. (Doc. 22). The motion is **GRANTED**, and Defendant shall have through February 15, 2010.

**DONE AND ORDERED** this *13th* day of January, 2010.

                                                    *s/ A. KORNBLUM*
                                                  **ALLAN KORNBLUM**
                                                  **UNITED STATES MAGISTRATE JUDGE**